# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>WILLIAM D OWENS JR<br>JACQUELINE F OWENS<br>Debtor(s) | Case No. 10-44447 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 10/04/2010.

2)  The plan was confirmed on 12/17/2010.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/17/2012.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5)  The case was converted on 05/13/2013.

6)  Number of months from filing to last payment: 0.

7)  Number of months case was pending: 32.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted: $3,955.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $28,041.28 |
| Less amount refunded to debtor | $653.52 |

**NET RECEIPTS:** $27,387.76

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,220.83 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,720.83

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICASH LOANS | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ARMED FORCES BANK | Unsecured | 648.00 | 2,939.22 | 2,939.22 | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | NA | 662.66 | 662.66 | 0.00 | 0.00 |
| BUREAU OF CHILD SUPPORT | Priority | 223.00 | NA | NA | 0.00 | 0.00 |
| CANCER TREATMENT CENTERS | Unsecured | NA | 444.00 | 444.00 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 288.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER FINANCIAL SERVICES | Secured | 14,300.00 | 14,300.00 | 14,300.00 | 8,197.97 | 1,102.17 |
| CONTINENTAL FINANCE | Unsecured | 527.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BK | Unsecured | 522.00 | NA | NA | 0.00 | 0.00 |
| GC III LLC | Unsecured | NA | 830.11 | 830.11 | 0.00 | 0.00 |
| GR KOZINA DDS | Unsecured | 449.00 | 449.70 | 449.70 | 0.00 | 0.00 |
| GREAT LAKES CREDIT UNION | Unsecured | 752.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Unsecured | 991.00 | 991.86 | 991.86 | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 998.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS CASH ADVANCE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 10,000.00 | 8,849.74 | 8,849.74 | 7,166.68 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 3,553.46 | 3,553.46 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 447.00 | 447.97 | 447.97 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 424.72 | 424.72 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 635.00 | 635.50 | 635.50 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 527.00 | 527.15 | 527.15 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 676.25 | 676.25 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| M3 FINANCIAL SERVICES | Unsecured | 652.00 | NA | NA | 0.00 | 0.00 |
| MIDWAY EMERGENCY PHYSICIANS | Unsecured | 812.00 | NA | NA | 0.00 | 0.00 |
| MIDWESTERN REGIONAL MEDICAL | Unsecured | NA | 525.10 | 525.10 | 0.00 | 0.00 |
| NIKO CREDIT SERVICES | Unsecured | 5,036.00 | 5,960.03 | 5,960.03 | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | NA | 116.08 | 116.08 | 0.00 | 0.00 |
| RENT A CENTER INC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 1,305.00 | 1,380.34 | 1,380.34 | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | NA | 882.64 | 882.64 | 0.00 | 0.00 |
| T MOBILE | Unsecured | 1,657.00 | 1,257.45 | 1,257.45 | 0.00 | 0.00 |
| TCF BANK | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 976.00 | 951.05 | 951.05 | 0.00 | 0.00 |
| WELLS FARGO DEALERS SERVICES | Unsecured | NA | 2,802.39 | 2,802.39 | 0.00 | 0.00 |
| WELLS FARGO DEALERS SERVICES | Secured | 6,500.00 | 6,500.00 | 6,500.00 | 5,825.68 | 374.43 |
| ZENITH ACQUISITION CORP | Unsecured | 462.00 | 462.61 | 462.61 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $20,800.00 | $14,023.65 | $1,476.60 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$20,800.00** | **$14,023.65** | **$1,476.60** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $8,849.74 | $7,166.68 | $0.00 |
| **TOTAL PRIORITY:** | **$8,849.74** | **$7,166.68** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$27,430.29** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,720.83 |
| Disbursements to Creditors | $22,666.93 |
| **TOTAL DISBURSEMENTS :** | **$27,387.76** |

**UST Form 101-13-FR-S (9/1/2009)**

      12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/10/2013            By: /s/ Glenn Stearns
                                                      Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**